# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 15-12882-AMC

BONNIE N DURHAM

612 Marshall Rd

Brookhaven, PA 19015-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BONNIE N DURHAM

    612 Marshall Rd

    Brookhaven, PA 19015-

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

Date: 7/14/2016

                            /S/ William C. Miller
                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee