United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12882-amc
Bonnie N Durham                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2              Date Rcvd: Aug 26, 2016
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
```
db             +Bonnie N Durham,    612 Marshall Rd,    Brookhaven, PA 19015-1747
NONE           +Onsite Neonatal, PC,    1000 County Rte 561,    Voorhees Twp, NJ 08043-3520
13516970       +Cap1/bstby,   Po Box 6497,    Sioux Falls, SD 57117-6497
13516971       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13516974       +JP Morgan Chase,    3415 Vision Dr,    Columbus, Ohio 43219-6009
13594051       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13542574        Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13516977       +Onsite,   1000 Haddonfield Berline Road,    Suite 210,    Voorhees, NJ 08043-3520
13516978       +P H E A A/h C B,    Po Box 61047,    Harrisburg, PA 17106-1047
13543313       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13516980       +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
13541033       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:09:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2016 02:07:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2016 02:09:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13566250        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2016 02:01:09
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13516969       +E-mail/Text: banko@berkscredit.com Aug 27 2016 02:07:37     Berks Credit & Coll,    P.o. Box 329,
                 Temple, PA 19560-0329
13578013       +E-mail/Text: bankruptcy@cavps.com Aug 27 2016 02:09:02     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13516972       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2016 02:10:38
                 Credit Collections Svc,    Po Box 9134,    Needham, MA 02494-9134
13526029        E-mail/Text: mrdiscen@discover.com Aug 27 2016 02:07:28     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13516973       +E-mail/Text: mrdiscen@discover.com Aug 27 2016 02:07:28     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13516975       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2016 02:08:47     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13516976       +E-mail/PDF: pa_dc_claims@navient.com Aug 27 2016 02:00:06     Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13546207       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 27 2016 02:07:38     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13516979        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2016 02:01:51
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13602301        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2016 02:00:05
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13530271        E-mail/Text: bankruptcy@remitcorp.com Aug 27 2016 02:08:50     REMIT CORPORATION,
                 36 W. MAIN STREET,    BLOOMSBURG, PA 17815
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13516986*      +Berks Credit & Coll,    P.o. Box 329,    Temple, PA 19560-0329
13516987*      +Cap1/bstby,   Po Box 6497,    Sioux Falls, SD 57117-6497
13516988*      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13516989*      +Credit Collections Svc,    Po Box 9134,    Needham, MA 02494-9134
13516990*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13516991*      +JP Morgan Chase,    3415 Vision Dr,    Columbus, Ohio 43219-6009
13516992*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13516993*      +Navient,   Po Box 9655,    Wilkes Barre, PA 18773-9655
13516994*      +Onsite,   1000 Haddonfield Berline Road,    Suite 210,    Voorhees, NJ 08043-3520
13516995*      +P H E A A/h C B,    Po Box 61047,    Harrisburg, PA 17106-1047
13516996*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
13516997*      +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
                                                                                               TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: DonnaR                Page 2 of 2           Date Rcvd: Aug 26, 2016
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          JANINE MARIE LLOYD    on behalf of Defendant    Onsite Neonatal, PC jlloyd@brownconnery.com
          JANINE MARIE LLOYD    on behalf of Defendant Aimee   Davison jlloyd@brownconnery.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JULIE F. MONTGOMERY    on behalf of    Onsite Neonatal, PC jmontgomery@brownconnery.com
          JULIE F. MONTGOMERY    on behalf of Defendant    Onsite Neonatal, PC jmontgomery@brownconnery.com
          JULIE F. MONTGOMERY    on behalf of Defendant Aimee   Davison jmontgomery@brownconnery.com
          LAWRENCE S. RUBIN    on behalf of Plaintiff Bonnie N Durham echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          LAWRENCE S. RUBIN    on behalf of Debtor Bonnie N Durham echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          LAWRENCE S. RUBIN    on behalf of Defendant Aimee   Davison echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE N DURHAM                              Chapter 13

                    Debtor            Bankruptcy No. 15-12882-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201__ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-


Debtor:
BONNIE N DURHAM

612 Marshall Rd

Brookhaven, PA 19015-